IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| In Re: | ) | |
|---|---|---|
| **John R. Williams** | ) | **Bankruptcy Case No.** |
| SSN: xxx-xx-8227 | ) | |
| **Carlyn R. Williams** | ) | **19-40650-JJR-7** |
| SSN: xxx-xx-7588 | ) | |
| 95 Moss Hill Lane | ) | **Chapter 7** |
| Pell City, AL 35128 | ) | |
| | ) | |
| Debtors. | ) | |

## JOINT MOTION TO APPROVE COMPROMISE

Comes Now, Rocco J. Leo, Trustee, and Jeffrey R. Williams, by and through their attorneys, and moves this Court to approve the compromise set forth below pursuant to Federal Rules of Procedure and 2002. As grounds for said motion, the movant says the following:

1. John R. Williams and Carlyn R. Williams filed a Voluntary Petition for Relief under Chapter 7 of Title 11 United States Code on the 17th day of April, 2019.

2. Rocco J. Leo is the duly appointed Trustee in the above-styled Chapter 7 case.

3. On May 5, 2011, prior to the filing of the Debtors' Chapter 7 case, Trustmark National Bank had taken a Judgment against the Debtors in the approximate amount of $265,937.14.

4. On the 19th day of March, 2019, Trustmark National Bank filed a Complaint in the Circuit Court of St. Clair County, Alabama ("State Court") against Jeffrey R. Williams, son of the Debtors, alleging a scheme of fraudulent conveyances occurring in 2009.

5. On March 24, 2020, the State Court entered an Order substituting the Trustee for Trustmark as the real party in interest in the case pending against Jeffrey R. Williams.

6. The Trustee filed a Complaint against Capstar Bank, Jeffrey R. Williams and

Trustmark (Adversary Proceeding No. 20-40006-JJR) to avoid Capstar's and Trustmark's security interest in property belonging to the Debtors in Tennessee ("Property").

7. Each Debtor owns a one-third (1/3) interest in the Property and the son owned a one-third (1/3) interest by transfer from the Debtors. (This transfer is not a subject of the State Court complaint.) At the present time, there is a mortgage to Capstar Bank with a balance of approximately $230,000.00.

8. Jeffrey R. Williams never signed the mortgage in which Capstar Bank claims its mortgage in the Property and the Judgment Lien is only against the Debtors. Both are presently subject to being set aside. The approximate value of the Property, according to the tax assessor is $431,800.00.

9. During the pendency of the Bankruptcy, several other parcels owned by the Debtors which were subject to be set aside in the State Court action were foreclosed upon by various creditors. The remaining parcel which remains as a subject of the State Court action has a tax assessed value of $257,070.00.

9. To prevent further administrative expenses, the risk involved in any litigation, the parties have agreed to the following:

   A. Jeffrey R. Williams will issue a Deed to the Bankruptcy Estate of John R. Williams and Carlyn R. Williams, free and clear of any judgments and/or mortgages created by, incurred by or against Jeffrey R. Williams, transferring his interest in the Property located in Tennessee and more particularly described in Exhibit "A," attached and hereby incorporated by reference.

   B. In consideration for the transfer of Jeffrey R. Williams' interest in the

Property, the Estate will dismiss the State Court pending in the Circuit Court of St. Clair County, Alabama, with prejudice and will execute any document necessary to release the Estate's interest in the property located at 95 Moss Hill Lane, Pell City, Alabama, and more particularly described in Exhibit "B," attached and hereby incorporated by reference.

C. This agreement is subject to United States Bankruptcy Court approval.

10. The Trustee believes this agreement to be in the best interest of creditors.

Wherefore, upon the above-stated premises, the movant requests this Court enter an Order approving the compromise as set out herein pursuant to Federal Rule of Bankruptcy Procedure 9019 and 2002.

DATED this the 27th day of May, 2020.

Max C. Pope, Jr.,
Attorney for Rocco J. Leo, Trustee
Post Office Box 2958
Birmingham, Alabama 35202
(205) 327-5566

Jeffrey R. Williams

Kelly Barber Furgerson
John William Rea
Attorneys for Jeffrey R. Williams
Trussell Funderburg Rea & Bell, PC
1905 1st Ave S
Pell City, AL 35125

# EXHIBIT A

Land located in the 6th Civil District of Sumner County, Tennessee and being Unit 4-B of THE VINEYARD AT TWELVE STONES CROSSING, A HORIZONTAL PROPERTY REGIME WITH PRIVATE ELEMENTS, WHICH IS A PLANNED UNIT DEVELOPMENT, created under Title 66, Chapter 27, Section 103(b) Tennessee Code Annotated, and as established by Declaration of Covenants, Conditions and Restrictions for The Vineyard at Twelve Stones Crossing, of record in Record Book 2364, Page 146, Register's Office for Sumner County, Tennessee, reference is hereby made to the Plat of The Vineyard at Twelve Stones Crossing set forth in Exhibit C of said Declaration for the locate of the Unit described herein.

## EXHIBIT "B"

Lot 46, First Sector, in the Reese-King Survey known as Mays Bend as recorded in the Office of the Judge of Probate of St. Clair County, at Pell City, Alabama, in Map Book 1962, Page 80.

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of May, 2020, I have served a copy of the **foregoing Joint Motion to Approve Compromise** on the parties listed below by depositing the same in the United States Mail, postage prepaid and properly addressed, via electronic mail at the e-mail address below, unless the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures **as indicated below:**

**Served Via Electronic Mail:**
Robert J. Landry, III
Robert_Landry@alnba.uscourts.gov
Bankruptcy Administrator
1129 Noble Street, Room 117
Anniston, Alabama 36201

Gilbert Larose Fontenot
guslf100@aol.com
Maples & Fontenot, LLP
PO Box 1281
Mobile, AL 36633

James Edward Hill, III
jhill@stclairlawgroup.com
Brandi Williams Hufford
brandi@hhglawgroup.com
Hill Gossett Kemp & Hufford, PC
PO Box 310
Moody, AL 35004

Kelly Barber Furgerson
kelly@tfrblaw.com
John William Rea
jrea@tfrblaw.com
Trussell Funderburg Rea & Bell, PC
1905 1st Ave S
Pell City, AL 35125

**Served via Notice of Electronic Filing:**
Rocco J. Leo
rleo@leoandoneal.com
Leo & O'Neal
3250 Independence Dr.
Birmingham, AL 35209-4141

Taylor Crockett
taylor@taylorcrockett.com
C. Taylor Crockett, P.C.
2067 Columbiana Road
Birmingham, Alabama 35216

**All parties on the attached matrix were served via U.S. Mail.**



Max C. Pope, Jr.

```
Label Matrix for local noticing          Metro Bank                               PRA Receivables Management, LLC
1126-1                                   c/o T. Boice Turner, Jr.                 PO Box 41021
Case 19-40650-JJR7                       PO Box 1124                              Norfolk, VA 23541-1021
NORTHERN DISTRICT OF ALABAMA             Anniston, AL 36202-1124
Anniston
Thu May 28 11:10:20 CDT 2020

Toyota Motor Credit Corporation          Trustmark National Bank                  U. S. Bankruptcy Court
14841 Dallas Pkwy Suite 425              c/o Gilbert L. Fontenot                  1129 Noble Street, Room 117
Dallas, TX 75254-8067                    PO Box 1281                              Anniston, AL 36201-4674
                                         Mobile, AL 36633-1281


American Express                         American Express National Bank           Capstar Bank
P.O. Box 981537                          c/o Becket and Lee LLP                   P.O. Box 305065
El Paso, TX 79998-1537                   PO Box 3001                              Nashville, TN 37230-5065
                                         Malvern  PA 19355-0701


Citibank, N.A.                           Compass Bank                             (p)DISCOVER FINANCIAL SERVICES LLC
5800 S Corporate Pl                      P.O. Box 11830                           PO BOX 3025
Sioux Falls, SD  57108-5027              Birmingham, AL 35202-1830                NEW ALBANY OH 43054-3025


Discover Bank                            Gilbert L. Fontenot, Esq.                Home Depot/Citibank
Discover Products Inc                    P.O. Box 1281                            P.O. Box 6497
PO Box 3025                              Mobile, AL 36633-1281                    Sioux Falls, SD 57117-6497
New Albany, OH   43054-3025


Metro Bank                               Midland Funding LLC                      SYNCB/Belk
800 Martin Street South                  2365 Northside Drive                     P.O. Box 965005
Pell City, AL 35128-2133                 Suite 300                                Orlando, FL 32896-5005
                                         San Diego, CA 92108-2709


SYNCB/Lowes                              Select Portfolio Servicing, Inc.         The Vineyard at Twelve Stones Crossing HOA
P.O. Box 965005                          P.O. Box 65250                           c/o William Guthrie
Orlando, FL 32896-5005                   Salt Lake City, UT 84165-0250            209 Abiding Place
                                                                                  Goodlettsville, TN 37072-8536


(p)TOYOTA MOTOR CREDIT CORPORATION       Trustmark National Bank                  Trustmark National Bank
PO BOX 8026                              7522 Front Beach Rd                      PO Box 1281
CEDAR RAPIDS IA 52408-8026               Panama City Beach, FL 32407-4812         Mobile, AL 36633-1281


(p)US BANK                               Wells Fargo Home Mortgage                C Taylor Crockett
PO BOX 5229                              P.O. Box 10335                           2067 Columbiana Road
CINCINNATI OH 45201-5229                 Des Moines, IA 50306-0335                Birmingham, AL 35216-2139


Carlyn R. Williams                       John R. Williams                         Robert J Landry
95 Moss Hill Lane                        95 Moss Hill Lane                        Anniston Bankruptcy Administrator
Pell City, AL 35128-7120                 Pell City, AL 35128-7120                 1129 Noble Street
                                                                                  Room 117
                                                                                  Anniston, AL 36201-4674
```

Rocco J Leo
Rocco Leo, Trustee
700 Century Park South
Suite 222
Brimingham, AL 35226-3928

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover<br>P.O. Box 30954<br>Salt Lake City, UT 84130-0954 | (d)Discover Financial Services<br>P.O. Box 15316<br>Wilmington, DE 19850 | Toyota Financial Services<br>P.O. Box 8026<br>Cedar Rapids, IA 52409-8026 |
| US Bank<br>P.O. Box 108<br>Saint Louis, MO 63166 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Select Portfolio Servicing, Inc. | (u)WELLS FARGO BANK, N.A., SUCCESSOR BY MERGE | (u)Wells Fargo Bank, N.A. |
| (du)Wells Fargo Bank, N.A., Successor by Merg | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients 30<br>Bypassed recipients 5<br>Total 35 |